IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**UNITED STATES OF AMERICA**

v.

**EFIGENIO AISPURO-AISPURO,**
a.k.a Jose Luis Hernandez-Martinez,

    Defendant.

No. 3:98-cr-00572-8-MO
No. 3:06-cr-00274-MO
ORDER

**MOSMAN, J.**,

    Defendant is ineligible for a reduction in sentence under Amendment 782 because he was originally sentenced below the advisory Guideline range. Therefore, Defendant's Motion to Reduce Sentence [79] is DENIED.

    DATED this  7  day of October, 2015.

    /s/ Michael W. Mosman
    MICHAEL W. MOSMAN
    United States District Judge

1 – ORDER